STATE OF NORTH CAROLINA v. LACY CRAWFORD

No. 7318SC356

(Filed 23 May 1973)

APPEAL by defendant from *Exum, Judge,* 23 October 1972 Regular Criminal Session of GUILFORD Superior Court, High Point Division.

Defendant was tried on a bill of indictment charging him with armed robbery of $122.00 from Ernest J. O'Bannon, Jr., and Francis O'Bannon on 13 June 1972. He entered a plea of not guilty; the jury found him to be guilty; and the court sentenced him to imprisonment for six to twelve years.

*Attorney General Robert Morgan by Deputy Attorney General Jean A. Benoy for the State.*

*Assistant Public Defender Richard S. Towers for defendant appellant.*

CAMPBELL, Judge.

Defendant having brought forward no assignments of error, the appeal requires review of the record proper only. Defendant was charged and tried on a valid bill of indictment, the jury verdict is proper, and supports the judgment of the court. Defendant was sentenced to a term of imprisonment within that allowed by statute for armed robbery.

Defendant has had a fair trial free from prejudicial error.

Affirmed.

Judges PARKER and VAUGHN concur.